1  Robert S. Brewer, Jr. (State Bar No. 65294)
   rsbrewer@jonesday.com
2  Kelly V. O'Donnell (State Bar No. 257266)
   kodonnell@jonesday.com
3  JONES DAY
   12265 El Camino Real, Suite 200
4  San Diego, CA  92130
   Telephone:     (858) 314-1200
5  Facsimile:     (858) 314-150

6  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
7  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
8  JONES DAY
   555 S. Flower Street, 50th Floor
9  Los Angeles, CA  90071
   Telephone:     (213) 489-3939
10 Facsimile:     (213) 243-2539

11 Attorneys for Defendant VIZIO, INC.

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| Multimedia Patent Trust, | Case No. 09CV0278 MMA (NLS) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| DirecTV, Inc., DirecTV Enterprises, LLC, The DirecTV Group, Inc., DirecTV Holdings, LLC, DirecTV Operations, LLC, | |
| DISH DBS Corporation, DISH Network Corporation, DISH Network LLC, EchoStar Corporation, EchoStar Orbital Corporation, EchoStar Technologies, LLC, | |
| Imation Corporation, Imation Enterprises Corporation, Memorex Products, Inc., | |
| Pioneer Corporation, Pioneer Electronics Technology, Inc., Pioneer Electronics (USA) Inc., | |
| Polycom, Inc., | |
| Proview Electronics Co., Ltd., Proview International Holdings Ltd., Proview Technology Inc., Proview Technology (Shenzhen) Co., Ltd., | |
| Vizio, Inc., | |

1  Westinghouse Digital Electronics, LLC,
2       Defendants.
3
4       TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
5  Pursuant to Civil Local Rule 40.1(e), counsel for defendant Vizio, Inc. ("Vizio") has reason to
6  believe that the above-captioned action is related to the following actions on file in this Court:
7       • *Lucent Techs. Inc. et al. v. Gateway, Inc., et al.*, Case No. 02CV2060 B (CAB),
8  filed on October 17, 2002 (asserting, *inter alia*, United States Patent Nos. 4,958,226 and
9  5,227,878);
10      • *Lucent Techs., Inc. v. Microsoft Corp.*, Case No. 06CV0684 H (CAB), filed on
11 March 28, 2006 (asserting United States Patent No. 5,227,878);
12      • *Multimedia Patent Trust v. Microsoft Corp. et al.*, Case No. 07CV0747 H (CAB),
13 filed on April 24, 2007 (asserting, *inter alia*, United States Patent No. 5,563,593); and
14      • *Lucent Techs., Inc. et al. v. Gateway, Inc. et al.*, Case No. 07CV2000 H (CAB),
15 commenced on October 16, 2007 (asserting, *inter alia*, United States Patent No. 4,958,226).
16      In each of the above actions, Lucent Technologies and/or Multimedia Patent Trust
17 ("MPT") asserted at least one of the patents that MPT asserts against Vizio in the present case.
18 All of the actions are related because they concern identical or substantially similar transactions
19 or events, and call for the determination of identical or substantially similar questions of law and
20 fact.  Accordingly, assignment to a single district judge is likely to effect a saving of judicial
21 effort and other economies.  *See* Civil Local Rule 40.1(e).
22 Dated: April 8, 2009                    JONES DAY
23
24                                          By: /s/ Robert S. Brewer, Jr.
                                                Robert S. Brewer, Jr.
25                                          Counsel for Defendant
26                                          VIZIO, INC.
27                                          Email: rsbrewer@jonesday.com
28

# CERTIFICATE OF SERVICE

CASE: 09-CV-0278 MMA (NLS)

Multimedia Patent Trust v. DirecTV, Inc. et al.

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, 12265 El Camino Real, Suite 200, San Diego, California 92130.

On April 8, 2009, I served a copy of the following document by electronic transmission:

**NOTICE OF RELATED CASES**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| **Counsel for Multimedia Patent Trust** | **Counsel for Proview defendants** |
|---|---|
| John Shepherd Kyle<br>Cooley Godward Kronish LLP<br>4401 Eastgate Mall<br>San Diego, CA 92212<br>Email: kylejs@cooley.com | John Karl Buche<br>Buche & Associates, P.C.<br>875 Prospect, Suite 305<br>La Jolla, CA 92037<br>Email: jbuche@westerniplaw.com |
| Frank V. Pietrantonio<br>Jonathan G. Graves<br>Nathan K Cummings<br>Cooley Godward Kronish LLP<br>11951 Freedom Drive<br>Reston, VA 20190<br>Email: fpietrantonio@cooley.com<br>jgraves@cooley.com<br>ncummings@cooley.com | Edwin Thomson Greiner<br>Lapus Greiner Lai & Corsini, LLC<br>5800 Ranchester Drive, Suite 200<br>Houston, TX 77036<br>Email: egreiner@lglcip.com |

| | | |
|---|---|---|
| 1 | **Counsel for Imation/Memorex defendants** | **Counsel for Westinghouse Digital Electronics, LLC** |
| 2 | Anton N. Handal | |
| | Gabriel G. Hedrick | Bethany M. Stevens |
| 3 | Pamela C. Chalk | Andrew B. Grossman |
| | Handal & Associates | Wilmer Hale |
| 4 | 1200 Third Avenue, Suite 1321 | 350 S. Grand Avenue, Suite 2100 |
| | San Diego, CA 92101 | Los Angeles, CA 90071 |
| 5 | Emails: anh@handal-law.com | Email: bethany.stevens@wilmerhale.com |
| | ghedrick@handal-law.com | Andrew.grossman@wilmerhale.com |
| 6 | pchalk@handal-law.com | |

**Counsel for DirecTV defendants**
Lara Sue Garner
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Email:  lgarner@fr.com

On April 8, 2009, I served a copy of the following document by electronic transmission:

**NOTICE OF RELATED CASES**

☒   by electronic mail in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below:

**Counsel for Polycom, Inc.**
Sayed Darwish
Polycom, Inc.
4750 Willow Road
Pleasanton, CA 94588-2708
Email:  sayed.darwish@polycom.com

Keith Rutherford
Wong, Cabello, Lutsch, Rutherford Brucculeri, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Email:  krutherford@counselip.com

On April 8, 2009, I served a copy of the following document by electronic transmission on the following parties to the following actions:

**NOTICE OF RELATED CASES**

☒ by electronic mail in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below:

**A.   Counsel for Case No. 02-CV-2060 B (WMC)**

| **Counsel for Lucent Technologies, Inc.** | **Counsel for Gateway, Inc. and Gateway Country Stores, LLC** |
|---|---|
| Alison P. Adema | David J. Zubkoff |
| Hahn & Adema | Seltzer, Caplan, McMahon & Vitek |
| 501 West Broadway, Suite 1730 | 2100 Symphony Towers |
| San Diego, CA 92102 | 750 B Street, Suite 2100 |
| Email:  aadema@hahnadema.com | San Diego, CA 92101 |
|  | Email: zubkoff@scmv.com |
| Jon T. Hohenthaner |  |
| Alan Kellman |  |
| James Bailey | Jeffrey B. Plies |
| Kirkland & Ellis LLP | Dechert LLP |
| Citicorp Center | 300 W. 6th Street, Suite 1850 |
| 153 East 53rd Street | Austin, TX 78701 |
| New York, NY 10022-4675 | Email: jplies@dechert.com |
| E-mail: jhohenthaner@kirkland.com |  |
| akellman@kirkland.com |  |
| jbailey@kirkland.com |  |
|  |  |
| **Counsel for Dell, Inc.** | **Counsel for Microsoft Corporation** |
| James S. Blackburn | John E. Gartman |
| Arnold & Porter LLP | Christopher S. Marchese |
| 777 S. Figueroa Street, 44th Floor | Fish & Richardson P.C. |
| Los Angeles, CA 90017 | 12390 El Camino Real |
| E-mail: James.Blackburn@aporter.com | San Diego, CA 92130 |
|  | Email: gartman@fr.com |
| Joel M. Freed | marchese@fr.com |
| Sidney A. Rosenzweig |  |
| Arnold & Porter LLP |  |
| 555 Twelfth Street, N.W. |  |
| Washington, D.C. 20004-1206 |  |
| Email: joel_freed@aporter.com |  |
| sidney_rosenzweig@aporter.com |  |

**B.   Counsel for Case No. 06-CV-0684 (CAB)**

| **Counsel for Alcatel-Lucent** | **Counsel for Lucent Technologies, Inc.** |
|---|---|
| David A. Hahn, Attorney at Law<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101-8474<br>E-mail: dhahn@lawhahn.com<br><br>Scott F. Partridge<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002<br>Email:  scott.partridge@bakersbotts.com<br><br>Timothy Durst<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Email:  durst@bakerbotts.com | John A. Desmarais<br>Robert A. Appleby<br>James E. Marina<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, NY 10022<br>E-mail: jdesmarais@kirkland.com<br>rappleby@kirkland.com<br>jmarina@kirkland.com<br><br>**Counsel for Microsoft Corporation**<br>John E. Gartman<br>Christopher S. Marchese<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>E-mail: gartman@fr.com,<br>marchese@fr.com, |

**C.   Counsel for Case No. 07-CV-0747 (CAB)**

| **Counsel for Multimedia Patent Trust and Lucent Technologies, Inc.** | **Counsel for Microsoft Corporation** |
|---|---|
| David A. Hahn, Attorney at Law<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101-8474<br>E-mail: dhahn@lawhahn.com | John E. Gartman<br>Christopher S. Marchese<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>E-mail: gartman@fr.com<br>marchese@fr.com |
| **Counsel for Gateway, Inc.**<br>Jeffrey Plies<br>Dechert LLP<br>300 W. 6th Street, Suite 1850<br>Austin, TX 78701<br>E-mail: jeff.plies@dechert.com | **Counsel for Dell, Inc.**<br>Ali Sharifahmadian<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206<br>E-mail: Ali_sharifahmadian@aporter.com |

**D.   Counsel for Case No. 07-CV-2000 H (CAB)**

| **Counsel for Multimedia Patent Trust and Lucent Technologies, Inc.** | **Counsel for Microsoft Corporation** |
|---|---|
| David A. Hahn, Attorney at Law<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101-8474<br>E-mail: dhahn@lawhahn.com | John E. Gartman<br>Christopher S. Marchese<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>E-mail: gartman@fr.com,<br>marchese@fr.com |
| **Counsel for Multimedia Patent Trust**<br>Thomas C. Goldstein<br>Monica P. Sekhon<br>Michael A. Oakes<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>E-mail: tgoldstein@akingump.com<br>msekhon@akingump.com<br>moakes@akingump.com | **Counsel for Dell, Inc.**<br>James S. Blackburn<br>Arnold & Porter LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>E-mail: James.Blackburn@aporter.com<br><br>Joel Freed<br>McDermott Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>E-mail: jfreed@mwe.com |
| **Counsel for Gateway**<br>Jeffrey Plies<br>Dechert LLP<br>300 W. 6th Street, Suite 1850<br>Austin, TX 78701<br>Tel. (512) 394-3000; Fax (512) 394-3001<br>E-mail: jeff.plies@dechert.com | Ali Sharifahmadian<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206<br>E-mail: Ali_sharifahmadian@aporter.com |

Executed on April 8, 2009, at San Diego, California.

   /s/ Robert S. Brewer, Jr.
Robert S. Brewer, Jr.