1  COOLEY GODWARD KRONISH LLP
   JOHN S. KYLE (199196)
2  jkyle@cooley.com
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:     (858) 550-6000
4  Facsimile:     (858) 550-6420

5  STEPHEN C. NEAL (170085)
   nealsc@cooley.com
6  Five Palo Alto Square
   3000 El Camino Real
7  Palo Alto, CA 94306-2155
   Telephone:     (650) 843-5000
8  Facsimile:     (650) 857-0663

9  FRANK V. PIETRANTONIO (*pro hac vice*)
   fpietrantonio@cooley.com
10 JONATHAN G. GRAVES (*pro hac vice*)
   jgraves@cooley.com
11 NATHAN K. CUMMINGS (*pro hac vice*)
   ncummings@cooley.com
12 One Freedom Square
   11951 Freedom Drive
13 Reston, VA 20190-5656
   Telephone:     (703) 456-8000
14 Facsimile:     (703) 456-8100

15 Attorneys for Plaintiff
   MULTIMEDIA PATENT TRUST

16

17                    UNITED STATES DISTRICT COURT

18                 SOUTHERN DISTRICT OF CALIFORNIA

19 Multimedia Patent Trust,

20              Plaintiff,                      Case No.  09-CV-0278-H-CAB

21 v.                                          **PLAINTIFF'S REPLY TO
                                               IMATION DEFENDANTS'
                                               COUNTERCLAIMS**
22
   DirecTV, Inc., DirecTV Enterprises, LLC,
23 The DirecTV Group, Inc., DirecTV Holdings LLC,
   DirecTV Operations, LLC
24
   DISH DBS Corp., DISH Network Corp.
25 DISH Network LLC, EchoStar Corp.,
   EchoStar Orbital Corp., EchoStar Technologies LLC
26
27 Imation Corp., Imation Enterprises Corp.,
   Memorex Products, Inc.
28

1  Pioneer Corp., Pioneer Electronics Technology, Inc.,
2  Pioneer Electronics (USA) Inc.

3  Polycom, Inc.

4  Proview Electronics Co., Ltd., Proview International
   Holdings Ltd., Proview Technology Inc., Proview
5  Technology (Shenzhen) Co., Ltd.

6  Vizio, Inc.

7  Westinghouse Digital Electronics, LLC,

8          Defendants.

9

10         Plaintiff Multimedia Patent Trust, by counsel, replies to the counterclaims set forth in the

11  Answer and Counterclaims of Defendants Imation Corporation, Imation Enterprises Corporation,

12  and Memorex Products, Inc. (D.I. 62) (the "Imation Counterclaims") as follows:

13                                **COUNTERCLAIMS**

14      1.      No response is necessary to paragraph 1 of the Imation Counterclaims.

15                            **JURISDICTION AND VENUE**

16      2.      Plaintiff Multimedia Patent Trust admits that this Court has subject matter

17  jurisdiction over the Imation Counterclaims.

18      3.      Plaintiff Multimedia Patent Trust admits that this Court has personal jurisdiction

19  over Plaintiff Multimedia Patent Trust.

20      4.      Plaintiff Multimedia Patent Trust admits that venue in this district is proper.

21                                    **PARTIES**

22      5.      Plaintiff Multimedia Patent Trust admits the allegations set forth in paragraph 5 of

23  the Imation Counterclaims.

24      6.      Plaintiff Multimedia Patent Trust admits the allegations set forth in paragraph 6 of

25  the Imation Counterclaims.

26      7.      Plaintiff Multimedia Patent Trust admits that Memorex Products, Inc. is a

27  corporation organized under the laws of the State of California.  Plaintiff Multimedia Patent Trust

28

1   lacks sufficient information to admit or deny that Memorex Products Inc. has a principal place of

2   business at 1 Imation Place, Oakdale, MN 55128, and on that basis denies it.

3        8.    Plaintiff Multimedia Patent Trust admits that it is a Delaware statutory trust under

4   the laws of the Delaware Statutory Trust Act, 12 Del. C. §§ 3801 *et seq*., and that its trustee, Mr.

5   Gerard A. deBlasi, has a business address of 991 Route 22 West, Bridgewater, NJ 08807.

6   Plaintiff Multimedia Patent Trust lacks sufficient information to admit or deny the remaining

7   allegations set forth in paragraph 8 of the Imation Counterclaims, and on that basis denies them.

8                         **FIRST COUNTERCLAIM**

9        9.    Plaintiff Multimedia Patent Trust realleges and incorporates herein by reference

10  paragraphs 1 through 8, inclusive, as though set forth fully herein.

11       10.    Plaintiff Multimedia Patent Trust admits that it owns the entire right, title and

12  interest in and to U.S. Patent Nos. 4,958,226 ("the '226 Patent"), 5,227,878 ("the '878 Patent"),

13  5,500,678 ("the '678 Patent"), 5,136,377 ("the '377 Patent"), and 5,563,593 ("the '593 Patent")

14  (collectively, the "Patents-In-Suit").

15       11.    Plaintiff Multimedia Patent Trust admits the allegations set forth in paragraph 11 of

16  the Imation Counterclaims.

17       12.    Plaintiff Multimedia Patent Trust denies the allegations set forth in the second

18  paragraph number 10 of the Imation Counterclaims.

19       13.    Responding to the allegations set forth in the second paragraph number 11 of the

20  Imation Counterclaims, Plaintiff Multimedia Patent Trust admits that an actual case or controversy

21  exists between the Imation Defendants and Plaintiff Multimedia Patent Trust, but denies that the

22  Imation Defendants' First Counterclaim has any merit.  Plaintiff Multimedia Patent Trust denies

23  that the actual case or controversy is based on Guardian having filed its complaint against

24  Nintendo alleging infringement of the Patents-in-Suit.  Guardian and Nintendo are not parties to

25  this litigation.

26       14.    Responding to the allegations set forth in paragraph 12 of the Imation

27  Counterclaims, Plaintiff Multimedia Patent Trust admits that the Imation Defendants have

28  requested a declaration of the Court, but denies the viability of that request.

1

**SECOND COUNTERCLAIM**

2        15.        Responding to the allegations set forth in paragraph 13 of the Imation

3    Counterclaims, Plaintiff Multimedia Patent Trust realleges and incorporates herein by reference

4    paragraphs 1 through 14, inclusive, as though set forth fully herein.

5        16.        Plaintiff Multimedia Patent Trust denies the allegations set forth in paragraph 14 of

6    the Imation Counterclaims.

7        17.        Responding to the allegations set forth in paragraph 15 of the Imation

8    Counterclaims, Plaintiff Multimedia Patent Trust admits that an actual case or controversy exists

9    between Imation Defendants and Plaintiff Multimedia Patent Trust, but denies that the Imation

10   Defendants' Second Counterclaim has any merit.

11       18.        Responding to the allegations set forth in paragraph 16 of the Imation

12   Counterclaims, Plaintiff Multimedia Patent Trust admits that the Imation Defendants have

13   requested a declaration of the Court, but denies the viability of that request.

14   WHEREFORE, Plaintiff Multimedia Patent Trust asks the Court to:

15        (i)      deny the relief sought by the Imation Defendants on the Imation Counterclaims;

16        (ii)     deny the relief sought by the Imation Defendants on Plaintiff Multimedia Patent

17   Trust's Complaint;

18        (iii)    enter judgment in favor of Plaintiff Multimedia Patent Trust on the Imation

19   Counterclaims; and

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   ///

28   ///

1    (iv)    grant Plaintiff Multimedia Patent Trust the relief requested in its Complaint for Patent

2    Infringement.

3    Dated:  May 15, 2009                              Respectfully submitted,

4                                                       COOLEY GODWARD KRONISH LLP

5                                                       JOHN S. KYLE (199196)
                                                        STEPHEN C. NEAL (170085)
6                                                       FRANK V. PIETRANTONIO (*pro hac vice*)
                                                        JONATHAN G. GRAVES (*pro hac vice*)
7                                                       NATHAN K. CUMMINGS (*pro hac vice*)

8                                                       */s/ John S. Kyle*
9                                                       John S. Kyle (199196)
                                                        (jkyle@cooley.com)
10                                                      Attorneys for Plaintiff
                                                        MULTIMEDIA PATENT TRUST

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28