Robert S. Brewer, Jr. (State Bar No. 65294)
rsbrewer@jonesday.com
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:    (858) 314-1200
Facsimile:    (858) 314-1150

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Douglas C. Muth (State Bar No. 261412)
sjcorr@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Ryan B. McCrum (*pro hac vice*)
rbmccrum@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:    (216) 586-3939
Facsimile:    (216) 579-0212

Attorneys for Defendant VIZIO, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>　　　　Plaintiff,<br>　　v.<br>DirecTV, Inc., DirecTV Enterprises, LLC, The DirecTV Group, Inc., DirecTV Holdings, LLC, DirecTV Operations, LLC,<br><br>DISH DBS Corporation, DISH Network Corporation, DISH Network LLC, EchoStar Corporation, EchoStar Orbital Corporation, EchoStar Technologies, LLC,<br><br>Imation Corporation, Imation Enterprises Corporation, Memorex Products, Inc.,<br><br>Pioneer Corporation, Pioneer Electronics Technology, Inc., Pioneer Electronics (USA) Inc.,<br><br>Polycom, Inc.,<br><br>Proview Electronics Co., Ltd., Proview International Holdings, Ltd., Proview Technology Inc., Proview Technology (Shenzhen) Co., Ltd.,<br><br>VIZIO, Inc.,<br><br>Westinghouse Digital Electronics, LLC,<br>　　　　Defendants. | Case No. 09-cv-0278-H (CAB)<br><br>**NOTICE OF JOINDER BY VIZIO, INC. TO DIRECTV'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DIRECTV'S LICENSE AND EXHAUSTION DEFENSES & REQUEST UNDER RULE 56(d)**<br><br>Date:　　　August 15, 2011<br>Time:　　　10:30  a.m.<br>Courtroom:　13<br>Judge:　　　Hon. Marilyn L. Huff |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Vizio, Inc. ("Vizio") hereby files this notice of joinder, and
3  states that Vizio joins in the following opposition that was filed in the instant civil action:

4  DIRECTV'S Opposition To Plaintiff's Motion For Partial Summary Judgment On
5  DIRECTV's License And Exhaustion Defenses & Request Under Rule 56(d), including the
6  corresponding Declaration of Thomas N. Millikan and all exhibits attached thereto, all of which
7  were filed under seal with an effective date of August 1, 2011 by this Court's order entered on
8  August 5, 2011.

9  Vizio will be filing its own Motion For Partial Summary Judgment On Licensed Products
10 that sets forth additional reasons as to why Plaintiff's Motion For Partial Summary Judgment On
11 DIRECTV's License and Exhaustion Defenses should be denied.

Respectfully submitted,

Dated:  August 10, 2011

JONES DAY

By: */s/ Douglas C. Muth*
    Douglas C. Muth

Counsel for Defendant
VIZIO, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served on August 10, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rules 5.4.  Any other counsel of record will be served by electronic mail, facsimile, or overnight delivery.

Dated:  August 10, 2011

JONES DAY

By:  */s/ Douglas C. Muth*
     Douglas C. Muth

Counsel for Defendant
VIZIO, INC.