COOLEY LLP
JOHN S. KYLE (199196)
jkyle@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

STEPHEN C. NEAL (170085)
nealsc@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

FRANK V. PIETRANTONIO (*pro hac vice*)
fpietrantonio@cooley.com
JONATHAN G. GRAVES (*pro hac vice*)
jgraves@cooley.com
NATHAN K. CUMMINGS (*pro hac vice*)
ncummings@cooley.com
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Plaintiff
MULTIMEDIA PATENT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DirecTV, Inc., et al.,<br><br>　　　　　　　　Defendants. | Case No. 09-CV-0278-H (CAB)<br><br>**JOINT MOTION FOR THE DISMISSAL OF DEFENDANT VIZIO, INC.**<br><br>Judge: Hon. Marilyn L. Huff |

**WHEREAS,** on February 13, 2009, Plaintiff Multimedia Patent Trust ("MPT") filed a Complaint (D.I. 1) in the United States District Court for the Southern District of California commencing Civil Action No. 09-CV-0278-H (CAB) (the "Action") against Vizio, Inc. ("Vizio"); on April 8, 2009, Vizio filed its Answer and Counterclaims (D.I. 46); on April 30, 2009, MPT filed its Reply to Vizio's Counterclaims (D.I. 73); on November 17, 2009, Vizio filed its First Amended Answer and Counterclaims to MPT's Complaint (D.I. 165); on December 28, 2009, MPT filed its Reply to Vizio's First Amended Counterclaims (D.I. 195); on March 4, 2011, Vizio filed its Second Amended Answer and Counterclaims to MPT's Complaint (D.I. 333); and on March 17, 2011, MPT filed its Reply to Vizio's Second Amended Counterclaims (D.I. 336).

**WHEREAS,** MPT and Vizio have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action.

**NOW, THEREFORE,** MPT and Vizio jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by MPT against Vizio and all defenses and counterclaims asserted by Vizio against MPT are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. All unresolved pending motions in this Action between these settling parties shall be denied as moot; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated: November 21, 2011                           Respectfully submitted,

COOLEY LLP                                         JONES DAY
NATHAN K. CUMMINGS (*pro hac vice*)                KEVIN G. MCBRIDE (195866)

*/s/  Nathan K. Cummings*                          */s/  Kevin G. McBride*
Nathan K. Cummings                                 Kevin G. McBride

Attorneys for Plaintiff                            Attorneys for Defendant
MULTIMEDIA PATENT TRUST                            VIZIO, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 23, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

/s/ *Nathan K. Cummings*
Nathan K. Cummings (*pro hace vice*)

CASE NO. 09-CV-0278-H (CAB)    2.    JOINT MOTION FOR THE DISMISSAL OF DEFENDANT VIZIO, INC.