UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>          Plaintiff,<br><br>v.<br><br>DirecTV, Inc., et al.,<br><br>          Defendants. | Case No.  09-CV-0278-H (CAB)<br><br>**ORDER DISMISSING THE DIRECTV DEFENDANTS** |

On February 13, 2009, Plaintiff Multimedia Patent Trust ("MPT") filed a Complaint (Doc. No. 1) in the United States District Court for the Southern District of California commencing Civil Action No. 09-CV-0278-H (CAB) (the "Action") against Defendants DirecTV, Inc., DirecTV Enterprises, LLC, The DirecTV Group, Inc., DirecTV Holdings LLC, and DirecTV Operations, LLC, (collectively "DirecTV"); on April 13, 2009, DirecTV filed its Answer and Counterclaims (Doc. No. 53); and on June 8, 2009, MPT filed its Reply to DirecTV's Counterclaims (Doc. No. 91).

MPT and DirecTV have filed a Joint Motion for the Dismissal of the DirecTV Defendants (the "Joint Motion") advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action.

After considering the Joint Motion, the Court GRANTS the Joint Motion. Additionally, it is:

1.   **ORDERED, ADJUDGED AND DECREED** that all claims asserted by MPT against DirecTV and all defenses and counterclaims asserted by DirecTV against MPT are dismissed with prejudice;

2.   **ORDERED, ADJUDGED AND DECREED** that each of the parties must bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3.   **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in this Action between these settling parties are denied as moot; and

4.   **ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction over this matter for purposes of enforcement of the settlement.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT